AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**APPEARANCE**

Case Number:

[redacted] 08 290 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

REBECCA L. MCDONALD

I certify that I am admitted to practice in this court.

7/31/08
Date

Signature

MARK W. GEMMA ESQ — Print Name
5779 — Bar Number

GEMMA LAW ASSOCIATES, 231 RESERVOIR AVENUE — Address

PROVIDENCE — City
RI — State
02907 — Zip Code

(401) 467-2300 — Phone Number
(401) 467-8678 — Fax Number